In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-008 CV


____________________



TREYMOR, INC., d/b/a CYPRESS GLEN NURSING & REHABILITATION


AND NOLTON J. BLANCHARD, JR., Appellants



V.



PHILIP SCOTT BOYD AND FREDDIE M. SOILEAU, INDIVIDUALLY AND


AS PERSONAL REPRESENTATIVE OF THE ESTATE OF 


MAYBELLE BOYD, DECEASED, Appellees 






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-178,068






MEMORANDUM OPINION


 The appellants, Treymor, Inc., d/b/a Cypress Glen Nursing & Rehabilitation and
Nolton J. Blanchard, Jr., filed a motion to dismiss this accelerated appeal. The Court finds
that this motion is voluntarily made by the appellants prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The
motion to dismiss is granted and the appeal is therefore dismissed without reference to the
merits of the appeal.

 APPEAL DISMISSED.




 ______________________________

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered February 1, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.